### UNITED STATES BANKRUPTCY COURT
### FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

JOSEPH A. ROBERTS                                    Chapter 13
                              Debtor

JP MORGAN CHASE BANK                                 Case No. <u>10-15047-RGM</u>
                              Plaintiff


        v.

Joseph A. Roberts                                    CMN _____
and
Thomas P. Gorman, Trustee,


## <u>ANSWER AND REPORT OF TRUSTEE</u>
## <u>TO RELIEF FROM STAY MOTION</u>

        COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this
Motion for Relief from Stay, and for his Answer and Report to this matter, submits the
following.

        The debt of the plaintiff is provided to be paid directly by the Debtor, and your
Trustee has no record of the payment on that debt, nor any responsibility for its
determination.

        AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of
this Motion as to this Court seems just.


Date:   September 12, 2010            __/s/ Thomas P. Gorman _____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, Ste. 400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #10-15047-RGM**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 12th day of September, 2010.

_____/s/Thomas P. Gorman _____
Thomas P. Gorman